Kevin H. WILLIAMS, Plaintiff—Appellant,

v.

CITY OF LOS ANGELES; Bernard C. Parks, Defendants—Appellees.

No. 00–56688.

D.C. No. CV–00–00407–VAP.

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2002.*

Decided March 25, 2002.

Before KOZINSKI and GOULD, Circuit Judges, and CEBULL, District Judge.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Richard F. Cebull, United States District Judge for the District of Montana, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Circuit Rule 36–3.

MEMORANDUM ***

We affirm for the reasons stated by the district court.

**AFFIRMED.**